IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CATHERINE YOUELLS,

    Plaintiff,

v.                                                                                           4:20cv492–WS/ZCB

KILOLO KIJAKAZI,
Acting Commissioner of the Social
Security Administration,

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 28) docketed December 20, 2022. The magistrate judge recommends that the Acting Commissioner's decision to deny the plaintiff's application for benefits be reversed. The Acting Commissioner has filed no objections to the report and recommendation.

The court being in accord with the magistrate judge's report and recommendation, it is ORDERED:

1. The court ADOPTS and incorporates by reference into this order the magistrate judge's report and recommendation (ECF No. 28).

2. The Commissioner's decision to deny the plaintiff's application for benefits is REVERSED pursuant to sentence four of 42 U.S.C. § 405(g).

3. This case shall be REMANDED to the Commissioner for further consideration consistent with the magistrate judge's report and recommendation.

4. The clerk shall enter judgment stating: "The decision of the Commissioner is REVERSED."

DONE AND ORDERED this ___26th___ day of ___January___, 2023.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE